# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUMA ABDULRAZZAQ NASIH ALOTBI,<br><br>    Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF STATE, et al.<br><br>    Defendants. | Case No. 6:24-cv-06680-EAW |

## NOTICE OF VOLUNTARY DISMISSAL
## PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Since the filing of this lawsuit, Defendants have finally adjudicated the long-pending application of the Plaintiff Luma Abdulrazzaq Nasih Alotbi. As such, the present lawsuit is now moot.

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Luma Abdulrazzaq Nasih Alotbi hereby voluntarily dismisses the instant action with prejudice. Each side to bear their own fees and costs.

*/s/ James O. Hacking, III*
James O. Hacking, III, MO Bar # 46728
Hacking Immigration Law, LLC
10121 Manchester Rd., Suite A
St. Louis, MO 63122
Phone: 314.961-8200
Fax: 314.961.8201
Email: jim@hackingimmigrationlaw.com

**ATTORNEYS FOR PLAINTIFF**
**LUMA ABDULRAZZAQ NASIH ALOTBI**

SO ORDERED
ELIZABETH A. WOLFORD
CHIEF JUDGE
UNITED STATES DISTRICT COURT

**Dated: January 7, 2025**